

US00D708026S

(12) **United States Design Patent**
Klekota

(10) Patent No.:  **US D708,026 S**
(45) Date of Patent: **   Jul. 1, 2014

(54) **UNDERWATER WEED TARP**

(76) Inventor: **Bryan Klekota**, Wolcott, NY (US)

(**) Term: **14 Years**

(21) Appl. No.: 29/423,312

(22) Filed: May 30, 2012

(51) LOC (10) Cl. ................................................. 08-01
(52) U.S. Cl.
USPC ............................................................. D8/1
(58) Field of Classification Search
USPC ........................... 405/15–17, 19, 258.1; D8/1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,039,579 A | 9/1912 | Neames | |
| 4,056,936 A | 11/1977 | Mayer | |
| 4,481,242 A | 11/1984 | Fletcher | |
| 4,518,280 A | 5/1985 | Fletcher | |
| D282,996 S | 3/1986 | Bosenberg | |
| D295,491 S | 5/1988 | Drumheller | |
| D331,864 S * | 12/1992 | Sciubba | D8/1 |
| 5,249,893 A * | 10/1993 | Romanek et al. | 405/302.6 |
| 5,257,878 A | 11/1993 | Peterson | |
| D351,537 S * | 10/1994 | Yagin | D8/1 |
| D466,378 S * | 12/2002 | Lancaster | D8/1 |
| D498,994 S | 11/2004 | Hale et al. | |
| 6,957,932 B1 | 10/2005 | Schillinger | |
| 7,083,358 B2 | 8/2006 | Grosjean | |
| D562,647 S | 2/2008 | Baars | |
| 2005/0232699 A1 | 10/2005 | Grosjean | |

* cited by examiner

*Primary Examiner* — Sheryl Lane
(74) *Attorney, Agent, or Firm* — QuickPatents; Kevin Prince

(57) **CLAIM**
I claim the ornamental design for an underwater weed tarp, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of an underwater weed tarp, showing my new design;
FIG. 2 is a top plan view thereof;
FIG. 3 is an exploded top plan view thereof;
FIG. 4 is a bottom plan view thereof;
FIG. 5 is a left-side elevational view thereof, the right-side elevational view being a mirror image thereof;
FIG. 6 is a front elevational view thereof, the rear elevational view being a mirror image thereof; and,
FIG. 7 is a cross-sectional view thereof, taken generally along lines 7-7 of FIG. 4.
The tarp is shown with a symbolic break in its length and width. The appearance of any portion of the article between the break lines forms no part of the claimed design.

**1 Claim, 3 Drawing Sheets**





FIG. 1

FIG. 2



FIG. 3



FIG. 4

FIG. 5

FIG. 6

FIG. 7