Exhibit 3

May 23, 2012 — Photo of the "Perimeter Frame," with Boatlift Mat Fabric temporarily attached. Photo below, taken summer of 2012, shows our "Perimeter Frame" without material attached.



