# Exhibit 4

## Examples of Prior Art (pre 2012)

## U.S. Army Corps of Engineers — 2011 or earlier

"**The U.S. Army Corps of Engineers** and Tahoe Divers Conservancy clean a weed barrier from Martis Creek Lake in Truckee, Calif., during an *"annual"* removal, cleaning and replacement project *May 19, 2012.*"



Annual cleaning of benthic barrier, May 19, 2012…





…Meaning the mats were placed in 2011 or earlier.



*Klekota's patent drawing*

# Cornell University, New York — 2010



*From Cornell's "Benthic Barrier" guide.*



*In the publication, Cornell suggests using "rebar" as a frame for future projects.*

## Cornell University — 2010 or earlier

Photos from a Cornell publication, "*Instructions for Building a Benthic Barrier*" illustrate how to build Mr. Klekota's invention using a wood frame, two years or more before he applied for a patent.

The publication comes from Cornell's Cooperative Extension in Syracuse, home of Klekota's attorney's office, just 40 miles from Klekota's residence.

The drawing below (which also appears in an earlier New York State publication) is found in this Cornell guide.



From Cornell's "Benthic Barrier" guide.



*Klekota's patent drawing*

## Seattle, Washington — 2010  (2002?)

A company from Seattle, *Aquatic Weed Control*, says on it's website they've been controlling lake weeds this way for "**eight years**."

**The website lists pricing for the year 2010,** so this would put their use of Klekota's design well before that, **perhaps as early as 2002**.



*From: Aquatic Weed Control website — 2010*



http://www.awc-america.com/  "Photo Gallery"



*Klekota's patent drawing (tilted)*



*Klekota's patent drawing*

# Washington State — 1998

Volunteers assemble and install a "picture frame" style benthic barrier at Lake Leland, in Washington State in 1998 — a full 16 years before Klekota's patent was issued.



From: http://www.ecy.wa.gov/programs/wq/plants/management/leland.html

*These volunteers discovered the original "rebar" frame was too flexible. Their remedy was to augment the frame with aluminum tubing.*

# New York State — 2009 (1990?)

"Diet For A Small Lake" is a book that was published by the State of New York's Department of Environmental Conservation. It was published in 1990 and updated in 2009. The book is an iconic resource of lake management techniques, first published 25 years ago.

*"Diet for a Small Lake is a combined effort by the New York State Federation of Lake Associations (NYSFOLA) and New York State Department of Environmental Conservation."*

*NYSFOLA is comprised of over 200 Lake Associations in New York State.*

*In New York State, it would be difficult to live on a lake, or create lake products without coming across the classic, Diet for a Small Lake.*





*This "benthic barrier" image appears on page 131, of "Diet for a Small Lake," (2009 edition) with detailed instructions on how to build it with a wooden frame. The image may or may not been in the 1990 edition.*



*Placed beside Klekota's patent drawing of 2012, the resemblance (and identical usage) is **unmistakable and undeniable.***