EXHIBIT 5

Figure 3



Figure 4



**Their corner** — fabric cut and frame make a "football" shape.



**Our corner** — fabric cut straight at 45 degrees, forming the hypotenuse of a *quasi* triangle.