UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LACEY, INC., )<br>      Plaintiff, )<br>)<br>-v- )<br>)<br>UNI INDUSTRIES, INC., )<br>      Defendant. )<br>_____) | No. 1:15-cv-1122<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

In accordance with the Order entered on this date (ECF No. 18), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

    **IT IS SO ORDERED**.

Date:   April 27, 2016            /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  United States District Judge